UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 09-cr-178-01-JD

<u>Paul Kavalchuck et al</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 33 ) filed by defendant is granted;  Trial is continued to the two-week period beginning October 19, 2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  <u>*Joseph A. DiClerico, Jr.*</u>
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date:  January 12, 2010


cc:   Steven M. Gordon, Esq.
      William E. Christie, Esq.
      Richard F. Monteith, Jr.
      Arnold H. Huftalen, AUSA
      U.S. Marshal
      U.S. Probation