```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                      Criminal No. 09-cr-178-01-JD

<u>Kavalchuk et al</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 47 ) filed by defendants is granted.  Trial is continued to the two-week period beginning December 7, 2010, 09:30.

Defendants Paul Kavalchuk and Eastwest Trading Corporation shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                ***/s/Joseph A. DiClerico, Jr.***
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date:  June 14, 2010

cc:  Robert J. Rabuck, AUSA
     Arnold H. Huftalen, AUSA
     Steven M. Gordon, Esq.
     William E. Christie, Esq.
     Richard F. Monteith, Jr., Esq.
     U.S. Marshal
     U.S. Probation