UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                    Criminal No. 09-cr-178-01-JD

Kavalchuk et al


O R D E R

The assented to motion to reschedule jury trial (document no. 68 ) filed by defendant is granted.  Trial is continued to the two-week period beginning April 19, 2011, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.


                                         _/s/ Joseph A. DiClerico, Jr._
                                         Joseph A. DiClerico, Jr.
                                         United States District Judge

Date:  November 18, 2010


cc:  Steven M. Gordon, Esq.
     William E. Christie, Esq.
     Richard F. Monteith , Jr., Esq.
     Arnold H. Huftalen, Esq.
     Robert J. Rabuck, Esq.
     U.S. Marshal
     U.S. Probation