UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                              Criminal No. 09-cr-178-01-03-JD

Paul Kavalchuk, et al.

O R D E R

    The assented to motion to reschedule jury trial (document no. 109) filed by defendants is granted; Jury Trial/Selection is continued as to all defendants to October 4, 2011, 9:30 AM with evidence to begin October 6, 2011.

    Defendant Paul Kavalchuk shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: July 8, 2011

cc:   Counsel of Record
     U.S. Marshal
     U.S. Probation